UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KRAMER,<br><br>             Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>             Defendant. | Case No.: 3:21-cv-00184-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION AND ARBITRATE CLAIMS**<br><br>**[ECF No. 4]** |

    This matter comes before the Court on the parties' Joint Motion to Stay the Action and Arbitrate their Claims. ECF No. 4. Finding good cause, the Joint Motion is **GRANTED**.

    The case is stayed pending completion of arbitration proceedings before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement attached to the Joint Motion as <u>Exhibit 1</u>. The parties are ordered to file a status report on the progress of the arbitration every 90 days as well as within ten (10) days of completion of the arbitration.

    **IT IS SO ORDERED.**

Dated: April 5, 2021

                                        HON. ROGER T. BENITEZ<br>                                        United States District Judge