1  Ahren A. Tiller, Esq. [SBN: 250608]
   BLC Law Center, APC
2  1230 Columbia St., Ste 1100
   San Diego, CA 92101
3  Phone (619) 894-8831
   Facsimile: (866) 444-7026
4
   Attorneys for Plaintiff
5  ERIC KRAMER

6

7

8               **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12                                        Case No.: 3:21-cv-00184-BEN-MDD

13

14  ERIC KRAMER,                          **JOINT MOTION FOR DISMISSAL
                                          OF ENTIRE ACTION WITH
15              Plaintiff,                PREJUDICE.**

16       vs.

17

18  CITIBANK, N.A.

19                                        Judge: Roger T. Benitez

20              Defendant(s),             Magistrate: Mitchell D. Dembin

21

22

23       **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH**

24                            **PREJUDICE**

25       Plaintiff ERIC KRAMER ("Plaintiff"), and Defendant CITIBANK, N.A.,

26  ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint

27  Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P.

28  41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move to dismiss this entire action with prejudice, with each Party to bear their own fees and costs.

Dated: November 12, 2021     By:    BLC Law Center, APC

                                                 *s/ Ahren A. Tiller*
                                                 Attorney for Plaintiff
                                                 ahren.tiller@blc-sd.com

Dated: November 12, 2021     By:    Strook & Stroock & Lavan LLP

                                                 *s/ Marcos D. Sasso*
                                                 Attorney for Defendant
                                                 msasso@stroock.com

**SIGNATURE CERTIFICATION**

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: November 12, 2021          By:   BLC Law Center, APC

                                         *s/ Ahren A. Tiller*
                                         Attorney for Plaintiff
                                         ahren.tiller@blc-sd.com

*Joint Motion to Dismiss*

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On November 12, 2021, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):  Michael Jaeger -

    Marcos Sasso – msasso@strook.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 12, 2021          By:   BLC Law Center, APC

                                           *s/ Ahren A. Tiller*
                                           Attorney for Plaintiff
                                           ahren.tiller@blc-sd.com